# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY CASTRO,<br><br>        Plaintiff,<br><br>    v.<br><br>JIM TILTON, et al.,<br><br>        Defendants. | NO. CV 07-07246 MMM (SS)<br><br>**JUDGMENT** |

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 16, 2009

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE